Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Innovative Sports Management, Inc., | CASE NO. 8:12-cv-01941 -TJH-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARUJA ROJAS and ANGEL VALDEZ a/k/a ANGEL ROJAS, individually and d/b/a AIRES DEL PERU [JS-6] |
| vs. | |
| Maruja Rojas, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants MARUJA ROJAS and ANGEL VALDEZ a/k/a ANGEL ROJAS, individually and d/b/a AIRES DEL PERU, that the above-entitled action is hereby dismissed **with prejudice** against MARUJA ROJAS and ANGEL VALDEZ a/k/a ANGEL ROJAS, individually and d/b/a AIRES DEL PERU.

///
///
///
///
///
///
///
///

1        This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[Signature: Terry J. Hatter, Jr.]*

_____      Dated: May 28, 2014
**The Honorable Terry J. Hatter, Jr.**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
**CASE NO. 8:12-cv-01941-TJH-PLA**
**PAGE 2**